UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2 2 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 11-022 (ESH) |
| | ) | |
| RICHARD LEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

In a hearing before Magistrate Judge Kay on February 4, 2011, defendant Richard Lee

entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation

advising the Court to accept defendant's plea. The Court has received no objection to the Report

and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file for consideration by the

district judge written objections to the magistrate judge's proposed findings and

recommendations . . . within fourteen (14) days after being served with a copy thereof."").

Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts

defendant's guilty plea.

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: February 21, 2011